**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID GREENLEY,<br><br>                              Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                              Defendant. | Case No.: 20-CV-1419 W (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 17]** |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 17] and **ORDERS** the case **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees, costs and expenses.

**IT IS SO ORDERED**.

Dated:  January 15, 2021

_____
Hon. Thomas J. Whelan
United States District Judge